E. JEFFREY GRUBE (SB# 167324)
KATHERINE C. HUIBONHOA (SB# 207648)
LAURA B. SCHER (SB# 243754)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffgrube@paulhastings.com
katherinehuibonhoa@paulhastings.com
laurascher@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., OVERNITE TRANSPORTATION
COMPANY, and MOTOR CARGO

JOSEPH CLAPP, ESQ., (SB# 099194)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, California 95476-4328
Telephone:  707/933-4430
Facsimile:  707/933-4431
joeclapp@herron-herron.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MUNOZ, an individual; STEVEN TILLER, an individual; KEVIN LAY, an individual; JAMES WYNN, an individual; individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a business entity form unknown; UPS FREIGHT, a business entity, form unknown; OVERNIGHT TRANSPORTATION COMPANY, a business entity, form unknown; MOTOR CARGO, a business entity, form unknown,<br><br>Defendants. | Case No. C07-00970 MJJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR WAGES** |

Case No. C07-00970 MJJ

1    Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs Javier Munoz,

2    Steven Tiller, Kevin Lay, and James Winn (collectively "Plaintiffs"; *James Winn erroneously*

3    *identified as James Wynn*) and Defendants UPS Ground Freight, Inc. (*"UPS Freight" is a service*

4    *mark used as a brand name and not a separate entity*), Overnite Transportation Company,

5    (*erroneously identified as Overnight Transportation Company*) and Motor Cargo ("Defendants")

6    hereby stipulate that the deadline for all Defendants to file and serve their responses to Plaintiffs'

7    First Amended Complaint for Wages in this action shall be extended to twenty-five calendar days

8    after Plaintiffs serve their First Amended Complaint.

9

10    DATED:  April _____, 2007            PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                                        By:_____

13                                               KATHERINE C. HUIBONHOA

14                                        Attorneys for Defendants
                                          UPS GROUND FREIGHT, INC., OVERNITE
15                                        TRANSPORTATION COMPANY, and MOTOR
                                          CARGO

16
       DATED:  April  5 , 2007            HERRON & HERRON
17

18

19                                        By:_____
                                                    JOSEPH CLAPP
20
                                          Attorneys for Plaintiffs JAVIER MUNOZ, *et al.*
21

22

23

24

25

26

27

28

Case No. C07-00970 MH          -2-          STIP. TO EXTEND TIME FOR DFTS
                                            TO ANSWER FAC

1       Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs Javier Munoz,

2 Steven Tiller, Kevin Lay, and James Wynn (collectively "Plaintiffs"; James Winn erroneously

3 identified as James Wynn) and Defendants UPS Ground Freight, Inc. (*"UPS Freight" is a service*

4 *mark used as a brand name and not a separate entity*), Overnite Transportation Company,

5 (*erroneously identified as Overnight Transportation Company*) and Motor Cargo ("Defendants")

6 hereby stipulate that the deadline for all Defendants to file and serve their responses to Plaintiffs'

7 First Amended Complaint for Wages in this action shall be extended to twenty-five calendar days

8 after Plaintiffs serve their First Amended Complaint.

9

10 DATED: April __5__, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12 By:_____

13                       KATHERINE C. HUIBONHOA

14 Attorneys for Defendants
UPS GROUND FREIGHT, INC., OVERNITE

15 TRANSPORTATION COMPANY, and MOTOR
CARGO

16

17 DATED: April _____, 2007        HERRON & HERRON

18

19 By:_____

20                       JOSEPH CLAPP

20 Attorneys for Plaintiffs JAVIER MUNOZ, *et al.*

21

22

23 IT IS SO ORDERED

24

25 Judge Martin J. Jenkins

26 4/9/07

27

28

## DECLARATION OF KATHERINE C. HUIBONHOA

I, Katherine Huibonhoa, declare:

1.     I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., Overnite Transportation Company, and Motor Cargo ("Defendants").  If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2.     Upon information and belief, Defendant "UPS Freight" is a service mark used by Defendant UPS Ground Freight, Inc. as a brand name, and is not a separate legal entity.

3.     Parties have agreed to accept service of Plaintiffs' First Amended Complaint, which has not been filed.

4.     There is good cause to extend the time for Defendants to respond to Plaintiffs' First Amended Complaint, so that Defendants can have adequate time to (a) evaluate the First Amended Complaint and its allegations, and (b) prepare a response.

5.     Consistent with L.R. 6-1(a), the parties do not ask the Court to alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this _____ day of April, 2007, at San Francisco, California.

_____
Katherine C. Huibonhoa

LEGAL_US_W # 55978827.2

HUIBONHOA DEC. ISO STIP. TO EXTEND TIME FOR DFTS TO ANSWER FAC