| | |
|---|---|
| 1 | J. WYNNE HERRON, ESQ., SNB 71192 |
| 2 | JOSEPH CLAPP, ESQ., SBN 099194 |
|   | HERRON & HERRON |
| 3 | 18360 Sonoma Highway |
|   | Sonoma, California 95476-4328 |
| 4 | Telephone: 707/933-4430 |
|   | Facsimile: 707/933-4431 |
| 5 | joeclapp@herron-herron.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JAVIER MUNOZ, an individual; STEVEN TILLER, an individual; KEVIN LAY, an individual; JAMES WINN, an individual; individually, on behalf of the general public, and on behalf of all others similarly situated, ) ) ) ) ) ) ) | Case No. C07-00970 MJJ |
| 15 | Plaintiffs, ) ) | Stipulation and [Proposed] Order Continuing Hearings on Defendants' Motion to Dismiss and Motion to Transfer Venue; Supporting Declaration of Joseph Clapp |
| 16 | vs. ) ) | |
| 17 | UPS GROUND FREIGHT, INC., a business entity form unknown; OVERNITE TRANSPORTATION COMPANY, a business entity, form unknown; MOTOR CARGO, a business entity, form unknown, ) ) ) ) ) ) ) | Date: June 12, 2007<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |
| 21 | Defendants. ) ) | CLASS ACTION |

/ / /

/ / /

/ / /

/ / /

-1-

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel of record, that the court should issue an order continuing Defendants' Motion to Dismiss in Part Plaintiffs' First Amended Complaint and Defendants' Motion to Transfer Venue, both of which are currently scheduled to be heard before this court at 9:30 a.m. on June 12, 2007, until 9:30 a.m. on June 19, 2007.

DATED: May 16, 2007         HERRON & HERRON

                            By: _____
                            JOSEPH CLAPP, ESQ.
                            Attorneys for Plaintiffs

DATED: May 16, 2007         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                            By: _____
                            KATHERINE C. HUIBONHOA, ESQ.

IT IS HEREBY ORDERDED THAT

Defendants' Motion to Dismiss in Part Plaintiffs' First Amended Complaint and Defendants' Motion to Transfer Venue shall be rescheduled to be heard before this court at 9:30 a.m. on June 19, 2007.

DATED: May 30, 2007         By: _____
                            HON. MARTIN J. JENKINS
                            United States District Court Judge

## SUPPORTING DECLARATION OF JOSEPH CLAPP

I Joseph Clapp, declare:

1. I am an attorney with Herron & Herron, attorneys of record for the plaintiffs in this case. I have personal knowledge of the following facts.

2. On May 7, 2007, the defendants served two motions in this action – a motion to dismiss and a motion to transfer venue. The date set for the hearings on these motions is June 12, 2007. On May 8, I spoke with defendants' counsel, Katherine Huibonhoa, and informed her that my family and I would be on vacation during the entire week of June 11 through 15, and asked her whether she would consent to reschedule these motions until the following week. She graciously agreed to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May ___, 2007      By: /s/ Joseph Clapp
                              JOSEPH CLAPP, ESQ.

UPSFreight/pld/dismisscontinuancestip