1 | E. JEFFREY GRUBE (SB# 167324)
KATHERINE C. HUIBONHOA (SB# 207648)
2 | LAURA B. SCHER (SB# 243754)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3 | 55 Second Street
Twenty-Fourth Floor
4 | San Francisco, CA  94105-3441
Telephone: (415) 856-7000
5 | Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
6 | katherinehuibonhoa@paulhastings.com
laurascher@paulhastings.com
7 |
Attorneys for Defendants
8 | UPS GROUND FREIGHT, INC., OVERNITE
TRANSPORTATION COMPANY and MOTOR CARGO
9 |
J. WYNNE HERRON (SB# 71192)
10 | JOSEPH CLAPP  (SB# 099194)
HERRON & HERRON
11 | 18360 Sonoma Highway
Sonoma, CA  95476-4328
12 | Telephone: (707) 933-4430
Facsimile:  (707) 933-4431
13 | joeclapp@herron-herron.com

14 | Attorneys for Plaintiffs
JAVIER MUNOZ, STEVEN TILLER, KEVIN LAY, and
15 | JAMES WINN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MUNOZ, an individual; STEVEN TILLER, an individual; KEVIN LAY, an individual; JAMES WINN, an individual; individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>UPS GROUND FREIGHT, INC., a business entity form unknown; OVERNITE TRANSPORTATION COMPANY, a business entity, form unknown; MOTOR CARGO, a business entity, form unknown,<br>                    Defendants. | CASE NO. C 07-00970 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND ADR DEADLINES**<br><br>**Local Rule 7-12** |

CASE NO. C07-00970 MJJ

JOINT STIPULATION MODIFYING CASE MANAGEMENT AND ADR DEADLINES

1      WHEREAS the parties have been actively meeting and conferring in good faith
2 regarding the subjects set forth in Federal Rule of Civil Procedure 26,
3      WHEREAS upon the parties' stipulation, the Court has continued the hearing date
4 for Defendants' Motion To Dismiss In Part Plaintiffs' First Amended Complaint and Defendants'
5 Motion To Transfer Venue (collectively as, the "Motions") from June 12, 2007 at 9:30 a.m. to
6 June 19, 2007 at 9:30 a.m.,
7      WHEREAS the initial Case Management Conference currently is scheduled for
8 June 19, 2007 at 2:00 p.m.,
9      WHEREAS the Court has requested that the parties submit a stipulation to
10 continue the current initial Case Management Conference to either July 24 or 31, 2007, so that the
11 parties may have time to meet and confer after the Court has ruled on the Motions,
12      WHEREAS the parties agree that it would be helpful and efficient to have time to
13 meet and confer further regarding the litigation plan, discovery plan, and the scope and timeline
14 for mediation with the benefit of the Court's rulings on the Motions, and
15      WHEREAS the parties anticipate that they will be able to meet and confer and set
16 a revised ADR Deadline by the time of a July 24, 2007 initial Case Management Conference,
17      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the
18 current Case Management Conference and ADR Deadline dates be vacated, and that the Case
19 Management Conference and ADR deadlines be revised as follows:

| | Current Date | New Date |
|---|---|---|
| Case Management Conference | June 19, 2007 at 2 p.m. | July 24, 2007 at 2 p.m. |
| Joint Case Management Conference Statement (including Fed. R. Civ. P. 26(f) report) | June 12, 2007 | July 17, 2007 |
| Initial Disclosures | June 12, 2007 | July 17, 2007 |
| ADR Deadline | September 1, 2007 | To be determined at July 24, 2007 Case Management Conference |

CASE NO. C07-00970 MJJ         -1-         JOINT STIPULATION MODIFYING CASE MANAGEMENT AND ADR DEADLINES

| | | |
|---|---|---|
| 1 | DATED: May 30, 2007 | HERRON & HERRON |
| 2 | | |
| 3 | | By: ___/S/___ *Joseph Clapp* |
| 4 | | JOSEPH CLAPP |
| 5 | | Attorneys for Plaintiffs<br>JAVIER MUNOZ, STEVEN TILLER, KEVIN LAY, and JAMES WINN |
| 6 | | |
| 7 | DATED: May 30, 2007 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 8 | | |
| 9 | | |
| 10 | | By: ___/S/___<br>KATHERINE C. HUIBONHOA |
| 11 | | Attorneys for Defendants<br>UPS GROUND FREIGHT, INC., OVERNITE TRANSPORTATION COMPANY AND MOTOR CARGO |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/7__, 2007                        _____
                                            HON. MARTIN J. JENKINS

LEGAL_US_W # 56361222.1