E. JEFFREY GRUBE (SB# 167324)
KATHERINE C. HUIBONHOA (SB# 207648)
LAURA B. SCHER (SB# 243754)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
katherinehuibonhoa@paulhastings.com
laurascher@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., OVERNITE TRANSPORTATION COMPANY, and MOTOR CARGO

JOSEPH CLAPP, ESQ., (SB# 099194)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, California 95476-4328
Telephone: 707/933-4430
Facsimile: 707/933-4431
joeclapp@herron-herron.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MUNOZ, an individual; STEVEN TILLER, an individual; KEVIN LAY, an individual; JAMES WINN, an individual; individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., a business entity form unknown; OVERNITE TRANSPORTATION COMPANY, a business entity, form unknown; MOTOR CARGO, a business entity, form unknown,<br><br>Defendants. | Case No. C07-00970 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT FOR WAGES** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs Javier Munoz, Steven Tiller, Kevin Lay, and James Winn (collectively "Plaintiffs") and Defendants UPS Ground Freight, Inc., Overnite Transportation Company, and Motor Cargo (collectively as, "Defendants"), acting through their respective counsel of record, hereby stipulate and jointly request that the Court order as follows:

1. Plaintiffs shall have leave to file a Second Amended Complaint for Wages (attached hereto as Exhibit A).

2. Defendants do not waive any objections or defenses by stipulating to Plaintiffs filing the Second Amended Complaint, and reserve the right to move to strike, dismiss, and/or to seek judgment as to the proposed new claims at any time.

DATED: October 24, 2007       PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
KATHERINE C. HUIBONHOA

Attorneys for Defendants
UPS GROUND FREIGHT, INC., OVERNITE TRANSPORTATION COMPANY, and MOTOR CARGO

DATED: October 24, 2007       HERRON & HERRON

By: _____
JOSEPH CLAPP

Attorneys for Plaintiffs JAVIER MUNOZ, et al.

1  **ORDER**

2  IT IS SO ORDERED.

3  DATED: __10/30__, 2007

MARTIN J. JENKINS
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Signature stamp: Judge Martin J. Jenkins]*