IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MUNOZ, | No. C07-00970 MJJ |
| Plaintiff, | **ORDER VACATING** |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| UPS GROUND FREIGHT, INC., | |
| Defendant. | |

Please be advised that the Order of Dismissal (Doc# 40) filed on 2/7/2008, in the above matter was inadvertently filed in error.

**IT IS HEREBY ORDERED** that 90-Day Conditional Order of Dismissal entered on 2/7/2008, is **vacated.**

Dated: 2/7/2008

MARTIN J. JENKINS
United States District Judge